JS - 6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 13-491 JVS (JPRx) | Date | April 5, 2013 |
| Title | Federal National Mortgages Association v. Tapia | | |

Present: The Honorable   James V. Selna

| Karla J. Tunis | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   (IN CHAMBERS) Order Remanding Action to the Superior Court of the State of California for the County of Orange

On March 27, defendant Armando Tapia ("Tapia") removed this case from the Superior Court of the State of California for the County of Orange.  (Notice of Removal, Docket No. 1.)  Tapia sets forth various jurisdictional statutes (Notice of Removal, pp. 1-2), but they all relate to the counterclaims which he asserts in his Notice.  However, the Court must determine jurisdiction on the basis of the case removed.  The underlying action is an unlawful detainer action.  No federal claims are asserted (28 U.S.C. § 1331).  Federal defenses or federal counterclaims provide no basis to remove an action which does not otherwise establish federal jurisdiction.  See  Franchise Tax Board of State of Cal. v. Construction Laborers Vacation Trust, 643 U.S. 1, 10 (1983); Metro Ford Truck Sales, Inc. v. Ford Motor Co., 145 F.3d 320, 326-27 (5th Cir. 1998).  There is no basis for federal question jurisdiction.

There is no basis for jurisdiction under the diversity statute, 28 U.S.C. § 1332, because it is apparent that the amount of relief sought is less than the jurisdictional minimum of $75,000.  The face of the underlying unlawful detainer complaint states that the amount of claimed damages is less than $10,000.  Indeed, all that is sought is rent.

The jurisdictional statute with regard to the Federal Home Loan Mortgage Corporation, 12 U.S.C. § 1452(f), is inapplicable because the plaintiff is the Federal National Mortgage Association, nor the Federal Home Loan Mortgage Corporation

The Court cannot discern any other basis for jurisdiction over the unlawful

JS - 6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 13-491 JVS (JPRx) | Date | April 5, 2013 |
| Title | Federal National Mortgages Association v. Tapia | | |

detainer action.

      The case is remanded to the Superior Court of the State of California for the County of Orange for lack of jurisdiction.

: 00

Initials of Preparer    kjt